WO **JWB**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felix Lopez,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV 06-2234-PHX-SMM-JRI<br><br>**ORDER FOR PAYMENT**<br><br>**OF REMAINING BALANCE**<br><br>**OF INMATE FILING FEE** |

**TO: ARIZONA DEPARTMENT OF CORRECTIONS DIRECTOR DORA B. SCHRIRO**

Plaintiff Felix Lopez, inmate no. 156015, confined in the Arizona State Prison Complex - Safford Unit in Safford, Arizona, has been assessed the statutory filing fee of $350.00 for this action. See 28 U.S.C. § 1915(b)(1). An Order to collect the filing fee was previously issued to the Maricopa County Sheriff. See Order (Doc. #4). Plaintiff has since been transferred to the custody of the Arizona Department of Corrections ("ADOC"), and none of the filing fee has been collected. Therefore, the Director of the ADOC or her designee will be required to incrementally collect the $350.00 filing fee from Plaintiff's inmate trust account.

**IT IS ORDERED:**

(1) **The reference to the Magistrate Judge is withdrawn with respect to the filing fee**.

1      (2)  The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the $350.00 balance of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to 20% of the preceding month's income, each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

    (3)  The Director of the Arizona Department of Corrections or her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any outstanding balance.

    (4)  The Clerk of Court must serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

    (5)  The Clerk of Court must serve by mail a copy of this Order on Michael Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona, 85007.

DATED this 8th day of December, 2006.

Stephen M. McNamee
United States District Judge