SRM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Feliz Lopez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CV 06-2234-PHX-SMM (JRI)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss, filed May 17, 2007 (Doc. 20) is now ready for the Court's consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion (Doc. 20). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 22nd day of August, 2007.

Stephen M. McNamee
United States District Judge